UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILDFIRE CREDIT UNION,
     Plaintiff,

**U.S. District Case No. 25-cv-13537**
Michigan 10th Circuit Case 24-0000909-CB
Hon. Gershwin A. Drain

vs.

DAVID STOCKMAN,
MAGDALENA PEREZ, and
GREAT LAKES BAY STAFFING, INC.
     Defendants.

_____ /

KARL L. WENZLOFF (P71939)
Attorney for Plaintiff
903 N. Jackson Street
Bay City, MI 48708-5953
(989) 893-9511

DAVID STOCKMAN
Defendant, In pro per
3871 Fortune Boulevard
Saginaw, MI 48603
(989) 341-3017

MATTHEW FREY (P68239)
Attorney for Defendant, Magdalena Perez
4901 Towne Centre Road, Ste. 235
Saginaw, MI 48604
(989) 799-2227

---

## EX-PARTE MOTION TO EXTEND TIME
## TO FILE PETITION FOR ATTORNEY'S FEES AND COSTS

NOW COMES WILDFIRE CREDIT UNION by and through its attorneys, Wenzloff & Fireman, P.C., by Karl L. Wenzloff, and in support of its Ex-Parte Motion to Extend the Time to File a Petition for Attorney's Fees and Costs in the above-entitled case, says as follows:

1.     That on June 17, 2026 and pursuant to a motion filed by the Plaintiff, this Court entered an Order Remanding this Case to the Saginaw County Circuit Court.

2.     That in the Order, this Court awarded the Plaintiff its attorney fees and costs for having had to file a motion to remand.

3.     That this Court ordered the Plaintiff to file a Petition for Attorney's Fees and Costs no later than June 30, 2026.

4.     That on Friday, June 26, 2026, Defendant David Stockman filed on his own behalf a voluntary petition for a Chapter 11 Bankruptcy in the Bankruptcy Court of the Eastern District of Michigan (Case No. 26-20982-dob). See attached Notice.

5.     That upon filing for bankruptcy, Defendant obtained an automatic stay under 11 U.S.C. §362 against continuation of collection activities against him.

6.     That because submitting a Petition for Attorney's Fees and Costs may constitute a violation of the automatic stay, Plaintiff requests an extension of time until August 14, 2026 to

file such a petition for attorney fees and costs to allow the Plaintiff to obtain from the Bankruptcy Court a full or partial termination of the automatic stay with respect to the Petition.

7.   The Plaintiff would also seek a corresponding extension of time for the Defendant to respond to the Petition for Attorney's Fees, as well as the time to reply to the response.

8.   The Defendant will not be harmed by this extension.

9.   That because of the short time frame for the Petition to be filed and the unlikelihood of the relief being stipulated to by the Defendant, this relief is being sought by way of an ex-parte motion.

9.   That a proposed Order is attached to this Ex-Parte Motion.

Date: _____6/29/26_____

_____
Karl L. Wenzloff (P71939)
Attorney for Wildfire Credit Union
903 N. Jackson St., Bay City, MI 48708

Exhibit ___A___

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | DAVID<br>First name<br>LEWI-EMMANUEL<br>Middle name<br>STOCKMAN<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – ___ 4591 ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 1

26-20982-dob   Doc 1   Filed 06/26/26   Entered 06/26/26 16:24:17   Page 1 of 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILDFIRE CREDIT UNION,
     Plaintiff,

vs.

DAVID STOCKMAN,
MAGDALENA PEREZ, and
GREAT LAKES BAY STAFFING, INC.
     Defendants.

_____/

**U.S. District Case No. 25-cv-13537**
Michigan 10th Circuit Case 24-0000909-CB
Hon. Gershwin A. Drain

KARL L. WENZLOFF (P71939)
Attorney for Plaintiff
903 N. Jackson Street
Bay City, MI 48708-5953
(989) 893-9511

DAVID STOCKMAN
Defendant, In pro per
3871 Fortune Boulevard
Saginaw, MI 48603
(989) 341-3017

MATTHEW FREY (P68239)
Attorney for Defendant, Magdalena Perez
4901 Towne Centre Road, Ste. 235
Saginaw, MI 48604
(989) 799-2227

## ORDER FOR EXTENSION OF TIME

This matter having come before the Court by way of an ex-parte motion filed by Plaintiff, and the Court being fully advised as to this matter,

IT IS HEREBY ORDERED that Plaintiff shall have until August 14, 2026 to file a Petition for Attorney's Fees and Costs.

IT IS FURTHER ORDERED that Defendant David Stockman may file a response no later than August 28, 2026, and that Wildfire Credit Union may file a reply by September 4, 2026.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILDFIRE CREDIT UNION,
      Plaintiff,

vs.

DAVID STOCKMAN,
MAGDALENA PEREZ, and
GREAT LAKES BAY STAFFING, INC.
      Defendants.

_____ /

**U.S. District Case No. 25-cv-13537**
Michigan 10th Circuit Case 24-0000909-CB
Hon. Gershwin A. Drain

KARL L. WENZLOFF (P71939)
Attorney for Plaintiff
903 N. Jackson Street
Bay City, MI 48708-5953
(989) 893-9511

MATTHEW FREY (P68239)
Attorney for Defendant, Magdalena Perez
4901 Towne Centre Road, Ste. 235
Saginaw, MI 48604
(989) 799-2227

DAVID STOCKMAN
Defendant, In pro per
3871 Fortune Boulevard
Saginaw, MI 48603
(989) 341-3017

---

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set out below I served a copy of the following document(s) upon each of the parties listed below.

      ***EX-PARTE MOTION FOR EXTENSION OF TIME***
      ***CERTIFICATE OF SERVICE***

Served electronically via the Court's ECF system:

      David Stockman: dstockma4@icloud.com
      Matthew Frey:    mfrey@matthewfreylaw.com

Served via United States Postal Service with the proper amount of postage affixed thereon:

David Stockman
3871 Fortune Boulevard
Saginaw, MI 48603

DATE:___**6/29/26**___

KARL L. WENZLOFF
Wenzloff & Fireman, P.C.
903 North Jackson Street
Bay City, MI 48708
(989) 893-9511
wenzloffbankruptcy@sbcglobal.net